June 29, 1979.

417 A.2d 793

Commonwealth v. Pachelli, Appellant.

Submitted   December   8,

640

1978.  Donald C. Marino, for appellant;  Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.  Case remanded for further proceedings.